# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2015

## NO. 03-14-00131-CV

**Zbranek Custom Homes, Ltd., Appellant**

**v.**

**Joe Allbaugh, Diane Allbaugh, and
Rutilio Albarran Construction, Inc. d/b/a El Paso Framing, Appellees**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on December 10, 2013. The Court's opinion and judgment dated November 3, 2015 are withdrawn, and we overrule Zbranek Custom Homes, Ltd.'s motion for rehearing. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.